IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED

MAR - 3 2008

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

| | | |
|---|---|---|
| ROBERT TOLER, PhD | § § § § § | |
| V. | § § | CIVIL ACTION No. SA-06-CV-0887-XR |
| SUNRISE SENIOR LIVING SERVICES, INC. D/B/A BRIGHTON GARDENS OF SAN ANTONIO and PRIME CARE SEVEN, LLC | § § § § § | |

## AGREED FINAL JUDGMENT

Came on this day to be considered the Agreed Final Judgment filed by Plaintiff, ROBERT TOLER, Ph.D, and Defendants, SUNRISE SENIOR LIVING SERVICES, INC. D/B/A BRIGHTON GARDENS OF SAN ANTONIO and PRIME CARE SEVEN, LLC. The parties announce to the Court that they had compromised and settled all of the issues of fact and law in dispute and that they had settled and compromised all claims and causes of action, including any claims and causes of action asserted, or which could have been asserted, by, and/or between, and/or among the parties. The consideration for this settlement has been paid in full, and the settlement and compromise should be, and is hereby, APPROVED; that judgment should be entered that the Plaintiff, ROBERT TOLER, Ph.D., take nothing by reason of this suit against the Defendants, SUNRISE SENIOR LIVING SERVICES, INC. D/B/A BRIGHTON GARDENS OF SAN ANTONIO and PRIME CARE SEVEN, LLC., and all taxable costs of Court have been paid; and that, therefore, in accordance with such settlement, compromise and agreement,

It is, therefore, ORDERED, ADJUDGED and DECREED that the Plaintiff, ROBERT TOLER, PH.D., take nothing by reason of this suit against the Defendants, SUNRISE SENIOR

LIVING SERVICES, INC. D/B/A BRIGHTON GARDENS OF SAN ANTONIO and PRIME CARE SEVEN, LLC.

All relief not expressly granted herein is denied.

SIGNED this the \_\_\_3rd\_\_\_ day of \_\_\_March\_\_\_, 2008.

_____
JUDGE PRESIDING

AGREED TO FORM AND ENTRY REQUESTED:

LAW OFFICES OF CHRISTA SAMANIEGO

_____
Ms. Christa Samaniego
SBN.: 17554450
14855 Blanco Road, Suite 306
San Antonio, Texas 78216
(210) 733-3353
(210) 493-8883 FAX

ATTORNEY FOR PLAINTIFF

EBANKS, SMITH & CARLSON, L.L.P.

_____
CHASTITI HORNE
SBN: 24007385
TORY F. TAYLOR
SBN: 24008131
1301 McKinney, Suite 2700
Houston, Texas 77010
(713) 333-4500
(713) 333-4600 – FAX

ATTORNEY FOR DEFENDANTS